JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS MARQUEZ,<br><br>    Plaintiff,<br><br>v.<br><br>DEMINN LLC, a California Limited Liability Company; USA TIANREN HOTEL MANAGEMENT INC., a California Corporation; and Does 1-10,<br><br>    Defendants. | ) Case No.: 8:20-cv-01439-DOC-DFM<br>)<br>)<br>) **ORDER**<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

The Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal within 60 days.

**IT IS SO ORDERED.**

Dated: October 16, 2020

*/s/ David O. Carter*

HONORABLE DAVID O. CARTER
United States District Judge

Notice of Settlement      -1-      8:20-cv-01439-DOC-DFM